# REMITTANCE STATEMENT

Bradford W. Caraway, Chapter 13 Standing Trustee
Chapter 13 Bankruptcy Cases
P.O. Box 10848
Birmingham, AL 35202

---

**DO NOT SEPARATE REMITTANCE STATEMENT FROM CHECK**

| Check Number |
|---|
| 785730 |

| Printed |
|---|
| 2/9/2022 |

| Issue Date |
|---|
| 02/09/2022 |

CLERK, US BANKRUPTCY COURT
Unclaimed Monies
1800 5th Avenue North
Birmingham, AL 35203

| Case Number | Debtor | Acct No. | Paid Through | Unpaid Balance | Amount Paid |
|---|---|---|---|---|---|
| 1503139 | TODD, MONICA | | | Continuing | 1.47 |
| | ORIGINAL CHECK 770828 07/02/2021 TODD, MONICA 5300 COURT G FAIRFIELD AL 35064 | | | | |
| 1503237 | BROWN, DOCK | | | Continuing | 2.77 |
| | ORIGINAL CHECK 770829 07/02/2021 BROWN, DOCK 204 61ST STREET FAIRFIELD AL 35064 | | | | |
| 1504771 | COLEMAN, SHAMEIKA | | | Continuing | 1.99 |
| | ORIGINAL CHECK 770834 07/02/2021 COLEMAN, SHAMEIKA 6300 CREST GREEN ROAD APT 206 BIRMINGHAM AL 35212 | | | | |
| 1600204 | CALHOUN, ALLISON | | | Continuing | 9.18 |
| | ORIGINAL CHECK 770835 07/02/2021 CALHOUN, ALLISON 840 RIDGEFIELD ROAD BIRMINGHAM AL 35215 | | | | |
| 1600687 | ROLLING, MICHAEL D. | | | Continuing | 15.06 |
| | ORIGINAL CHECK 770841 07/02/2021 ROLLING, MICHAEL 1407 21ST STREET ENSLEY ***MR*** BIRMINGHAM AL 35218 | | | | |
| 1602090 | EDWARDS, STENA JEAN | | | Continuing | 36.38 |
| | ORIGINAL CHECK 770848 07/02/2021 EDWARDS, STENA 3652 CLAIRMONT AVE S APT 6 BIRMINGHAM AL 35222 | | | | |
| 1602157 | EUBANKS, CARRDICE M | | | Continuing | 101.75 |
| | ORIGINAL CHECK 770849 07/02/2021 EUBANKS, CARRDICE 1328 5TH PLACE NW CENTER POINT AL 352155910 | | | | |
| 1602579 | BLAKNEY, JR., EDWARD E | | | Continuing | 564.24 |
| | ORIGINAL CHECK 770856 07/02/2021 BLAKNEY, JR., EDWARD 4141 PINSON VALLEY PKWY APT 1011 ***MR*** BIRMINGHAM AL 3521541 | | | | |
| 1603093 | BILLINGSLEY, DENISE L. | | | Continuing | 158.40 |
| | ORIGINAL CHECK 770860 07/02/2021 BILLINGSLEY, DENISE 3931 37TH AVE NORTH ***MR*** BIRMINGHAM AL 35217 | | | | |
| 1603832 | REID, CAROL D. | | | Continuing | 828.74 |
| | ORIGINAL CHECK 770865 07/02/2021 REID, CAROL 5237 FALLING CREEK LANE ***MR*** BIRMINGHAM AL 35235 | | | | |
| 1604206 | WARREN, STACIE SMITH | | | Continuing | 8.00 |
| | ORIGINAL CHECK 770867 07/02/2021 WARREN, STACIE 101 SPRING GARDENS CIRCLE ***MR*** BIRMINGHAM AL 35217 | | | | |
| 1705052 | JONES, ANGIE TONOAH | | | Continuing | 115.10 |
| | ORIGINAL CHECK 770879 07/02/2021 JONES, ANGIE 119 POST OAK DRIVE ***MR*** TRUSSVILLE AL 35173 | | | | |
| 1800058 | SMITH, GWENDOLYN F. | | | Continuing | 1.24 |
| | ORIGINAL CHECK 770880 07/02/2021 SMITH, GWENDOLYN 1100 PIPER AVENUE BIRMINGHAM AL 35214 | | | | |
| 1905086 | WHITE, JR., REGINALD JEROME | | | Continuing | 1,694.57 |
| | ORIGINAL CHECK 770895 07/02/2021 WHITE, JR., REGINALD 2708 MARGARET LANE ADAMSVILLE AL 35005 | | | | |
| | | | | TOTAL | 3,538.89 |

**THIS STATEMENT COVERS PAYMENTS ON YOUR CLAIMS FOR THE ABOVE CASES
PLEASE RETAIN FOR YOUR RECORD.**